UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNISYSTEMS, INC. EMPLOYEES PROFIT
SHARING PLAN on behalf of itself
and all others similarly situated,

    07 Civ. **07 CIV 9319**

                        Plaintiff,

    RULE 7.1 STATEMENT

                         v.

STATE STREET BANK AND
TRUST C0MPANY,
STATE STREET GLOBAL
ADVISORS, INC. and JOHN DOES 1-20,

    [STAMP: OCT 17 2007 U.S.D.C. S.D. N.Y. CASHIERS]

                        Defendants.

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Unisystems, Inc. Employees Profit Sharing Plan, a retirement plan established for employees of Unisystems, Inc. (a private non-governmental party) certifies that Unisystems, Inc. is privately held, and no publicly held corporation owns 10% or more of its stock.

Dated: October 17, 2007                    Respectfully submitted,

_____                  _____
**KELLER ROHRBACK LLP**                    **BERNSTEIN LITOWITZ BERGER**
Lynn L. Sarko                              **& GROSSMANN LLP**
Derek W. Loeser                            Gerald H. Silk (GS-4565)
Gretchen Freeman Cappio                    Avi Josefson (AJ-3532)
Tyler L. Farmer                            1285 Avenue of the Americas
1201 Third Avenue, Suite 3200              New York, New York 10019
Seattle, Washington 98101                  Telephone: (212) 554-1400
Telephone: 206.623.1900                    Facsimile: (212) 554-1444
Facsimile: 206.623.3384

*Counsel to Unisystems, Inc. Profit Sharing Plan and Proposed Lead Counsel to the Class*