**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
UNISYSTEMS, INC. EMPLOYEES PROFIT :
SHARING PLAN on behalf of itself and all :
others similarly situated, :
:
                Plaintiff, :
:
                v. :      07 Civ. 9319 (RJH)
:
STATE STREET BANK AND TRUST :
COMPANY, STATE STREET GLOBAL :
ADVISORS, INC. and JOHN DOES 1-20, :
:
                Defendants. :
:
------------------------------------------------------------X

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants State Street Bank and Trust Company and State Street Global Advisors (collectively, "State Street") hereby move the Court to approve an agreed-upon eleven-day extension of time, up to and including November 30, 2007, for State Street to respond to the Class Action Complaint filed in this action.

As grounds herefor, the parties state as follows:

1.     State Street's response to the Class Action Complaint is currently due on November 19, 2007.

2.     By Order of the Court entered November 13, 2007, this case was consolidated for pretrial purposes with related case *Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company*, No. 07-8488. (*See* Docket #5).

3.     By Order of the Court entered October 25, 2007, the Court approved a Joint Stipulation for Extension of Time extending the time for State Street to respond to the

*Prudential* complaint until November 30, 2007. *See Prudential Retirement Ins. & Ann. Co. v. State Street Bank & Trust Co.*, No. 07-8488 (Docket #4).

    4.    This case raises complex and novel issues of law and fact.

    5.    This request for an extension of time is State Street's first request in the above-captioned matter.

    6.    An eleven-day extension of time up to and including November 30, 2007 would not unduly delay the matter.

    7.    Counsel for the Plaintiff does not oppose this request.

Accordingly, State Street requests that the Court enter an order granting its unopposed request for an extension of time up to and including November 30, 2007, for State Street to respond to the Class Action Complaint.

Respectfully Submitted:

ROPES & GRAY LLP

Dated: November 16, 2007    By

/s/ Jerome C. Katz
Jerome C. Katz (JK 0850)
1211 Avenue of the Americas
New York, New York 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090

*Attorneys for Defendants State Street Bank & Trust Company and State Street Global Advisors*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

      /s/ Jerome C. Katz_____
      Jerome C. Katz