**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNISYSTEMS, INC. EMPLOYEES PROFIT
SHARING PLAN on behalf of itself
and all others similarly situated,

                Plaintiff,

                v.                      Case No. 07 CIV 9319 (RJH)

STATE STREET BANK AND TRUST COMPANY,    **NOTICE OF APPEARANCE**
STATE STREET GLOBAL ADVISORS, INC. and
JOHN DOES 1-20,

                Defendants.

---

## NOTICE OF APPEARANCE OF JOHN D. DONOVAN

To the Clerk of the Court:

    Please enter the appearance of John D. Donovan, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the above-captioned matter.

                                                  Respectfully submitted,

December 3, 2007

                                                  /s/ John D. Donovan
                                                  John D. Donovan
                                                  John.donovan@ropesgray.com
                                                  ROPES & GRAY LLP
                                                  One International Place
                                                  Boston, Massachusetts 02110-2624
                                                  Tel: (617) 951-7000

                                                  *Attorneys for Defendants State Street Bank*
                                                  *and Trust Company and State Street Global*
                                                  *Advisors, Inc.*

7280544_1.DOC

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.


                                        /s/ John D. Donovan
                                        John D. Donovan