UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNISYSTEMS, INC. EMPLOYEES PROFIT
SHARING PLAN on behalf of itself
and all others similarly situated,

                Plaintiff,

      v.

STATE STREET BANK AND TRUST COMPANY,
STATE STREET GLOBAL ADVISORS, INC. and
JOHN DOES 1-20,

                Defendants.

Case No. 07 CIV 9319 (RJH)

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**

---

PLEASE TAKE NOTICE that, upon the annexed declaration of Jerome C. Katz, executed on November 30, 2007, defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. will move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe who are members of the bar of the Commonwealth of Massachusetts, and who are partners or associates of Ropes & Gray LLP, be admitted *pro hac vice* for all purposes on behalf of defendant State Street in this action.

Dated: New York, New York
       November 30, 2007

                                    ROPES & GRAY LLP

                                    By: _____
                                    Jerome C. Katz
                                    1211 Avenue of the Americas
                                    New York, NY 10036-8704
                                    (212) 596-9000

                                    *Attorneys for Defendants State Street Bank
                                    and Trust Company and State Street Global
                                    Advisors, Inc.*

7279328_1.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNISYSTEMS, INC. EMPLOYEES PROFIT SHARING PLAN on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC. and JOHN DOES 1-20,<br><br>      Defendants. | Case No. 07 CIV 9319 (RJH)<br><br>**DECLARATION OF<br>JEROME C. KATZ** |

Jerome C. Katz declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a member of Ropes & Gray LLP. I make this declaration in support of the motion by defendants State Street Bank and Trust Company, State Street Global Advisors, Inc., ("State Street"), pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe be admitted *pro hac vice* for all purposes on behalf of State Street in this action.

2. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe, who are partners or associates of Ropes & Gray LLP, are fully familiar with this action.

3. Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe are members in good standing of the bar of the Commonwealth of Massachusetts, as evidenced by the annexed certificates.

4. I respectfully request that Defendants' motion be granted in all respects. A proposed order is enclosed herewith.

7279330_1.DOC

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 30, 2007.

_____
Jerome C. Katz

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

**Harvey J. Wolkoff**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **November** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

## Robert A. Skinner

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **November** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **January** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

**Olivia S. Choe**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **November** in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I, Charles R. Brustman., hereby certify that copies of the foregoing **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*, *DECLARATION OF JEROME KATZ AND PROPOSED ORDER*** were caused to be served this 30th day of November 2007, upon the following in the manner indicated:

### BY U.S. MAIL

Gerald H. Silk
Avi Josefson
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019

Lynn L. Sarko
Derek W. Loeser
Gretchen Freeman Cappio
Tyler L. Farmer
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101

*Attorneys for Plaintiff Unisystems, Inc. Employees Profit Sharing Plan*

/s/ Charles R. Brustman
Charles R. Brustman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNISYSTEMS, INC. EMPLOYEES PROFIT SHARING PLAN on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>                     v.<br><br>STATE STREET BANK AND TRUST COMPANY, STATE STREET GLOBAL ADVISORS, INC. and JOHN DOES 1-20,<br><br>                     Defendants. | Case No. 07 CIV 9319 (RJH)<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
            _____ \_\_\_\_, 2007

                                                _____
                                                      United States District Judge