**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------X
                                                      :
UNISYSTEMS, INC. EMPLOYEES PROFIT                     :
SHARING PLAN on behalf of itself and all              :
others similarly situated,                            :
                                                      :
                        Plaintiff,                    :
                                                      :
        v.                                            :   07 Civ. 9319 (RJH)
                                                      :
STATE STREET BANK AND TRUST                           :
COMPANY, STATE STREET GLOBAL                          :
ADVISORS, INC. and JOHN DOES 1-20,                    :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X
```

## DEFENDANTS' SUPPLEMENTAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1(b)(2)

Pursuant to Fed. R. Civ. P. 7.1(b)(2), Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., by and through undersigned counsel, Ropes & Gray LLP, hereby supplement their previously filed Disclosure as follows:

1. Defendants State Street Bank and Trust Company ("SSBT") and State Street Global Advisors, Inc., ("SSgA, Inc.") identify the following parent company: State Street Corporation. State Street Global Advisors ("SSgA") is the investment management division of SSBT and not a separate corporate entity.

2. State Street Corporation is a publicly held corporation that owns 10% or more of the stock in SSBT and SSgA, Inc. No other publicly held corporation holds ten percent or more of the stock in SSBT or SSgA, Inc.

Respectfully Submitted,

ROPES & GRAY LLP

By: /s/ Jerome C. Katz
Jerome C. Katz
1211 Avenue of the Americas
New York, New York 10036-8704
Jerome.Katz@ropesgray.com
Tel: 212-596-9000
Fax: 212-596-9090


*Attorneys for Defendants*
*State Street Bank and Trust Company and*
*State Street Global Advisors, Inc.*

Dated: December 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

/s/ Jerome C. Katz
Jerome C. Katz

2