UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNISYSTEMS, INC. EMPLOYEES PROFIT
SHARING PLAN on behalf of itself
and all others similarly situated,

                Plaintiff,

v.

STATE STREET BANK AND TRUST COMPANY,
STATE STREET GLOBAL ADVISORS, INC. and
JOHN DOES 1-20,

                Defendants.

Case No. 07 CIV 9319 (RJH)

**ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE**

---

Upon the motion of defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. ("State Street") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Harvey J. Wolkoff, Robert A. Skinner, and Olivia S. Choe *pro hac vice* for all purposes on behalf of State Street in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York
      Dec 11, 2007

                                _____
                                United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

7279329_1.DOC