William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

### [PROPOSED] ORDER FOR ADMISSION OF LYNN LINCOLN SARKO *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned cases, the Affidavit of Mr. Harris in support, and the Affidavit of Lynn Lincoln Sarko;

IT IS HEREBY ORDERED that Lynn Lincoln Sarko, Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, Telephone: (206) 623-1900, Facsimile: (206)



623-3384, E-mail: lsarko@kellerrohrback.com, is admitted to practice pro hac vice as counsel

for Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED.

_____
Richard J. Holwell, U.S.D.J.

~~January~~ Feb 14, 2008