UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

IN RE STATE STREET BANK AND TRUST : 07 Civ. 8488 (RJH)
CO. ERISA LITIGATION :
:
This document relates to: :
: ORDER FOR ADMISSION PRO
07 Civ. 9319 : HAC VICE ON WRITTEN
07 Civ. 9687 : MOTION
08 Civ. 0265 :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

------------------------------------

Upon the motion of Jeffrey C. Block, attorney for Plaintiffs in the above captioned case and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Patrick T. Egan
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
(T) 617-542-8300
(F) 617-542-1194
pegan@bermanesq.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: 3/11/08

City, State: NY NY

_____
United States District ~~Magistrate~~ Judge