*Crotwell, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE STATE STREET BANK AND          :
TRUST CO. ERISA LITIGATION           :      07 Civ. 8488 (RJH)
                                     :
This document relates to:            :
                                     :
07 Civ. 9319                         :      [PROPOSED] ORDER GRANTING
07 Civ. 9687                         :      PLAINTIFFS' MOTION FOR LEAVE
08 Civ. 0265                         :      TO FILE A CONSOLIDATED
                                     :      AMENDED COMPLAINT
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A
CONSOLIDATED AMENDED COMPLAINT - [58] in 07 Civ. 8488

Whereas Plaintiffs have moved for leave to file their Consolidated Amended Complaint,

NOW, THEREFORE, IT IS ORDERED that:

Plaintiffs are granted leave to file their Consolidated Amended Complaint. Plaintiffs are

directed to file the amended complaint within 10 days of the entry of this Order.

Dated this  8  day of  August _____, 2008.

_____
United States District Judge